IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID HESS, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) CASE NO.  2:19-cv-02171 ) |
| v. | ) ) ) |
| HILL'S PET NUTRITION, INC., | ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that <u>Joseph I. Marchese</u> be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.

                                          Respectfully submitted,

                                          WAGSTAFF & CARTMELL LLP

                                          By: <u>/s/ Sarah S. Ruane</u>
                                          Thomas P. Cartmell (KS # 17020)
                                          Sarah S. Ruane (KS # 23015)
                                          4740 Grand Ave., Ste 300
                                          Kansas City, MO 64112
                                          816-701-1100 (Tel); 816-531-2372 (Fax)
                                          tcartmell@wcllp.com
                                          sruane@wcllp.com
                                          bwicklund@wcllp.com

Pro Hac Vice Applicants:

Joseph I. Marchese, Esq.
Andrew Obergfell, Esq.
BURSOR & FISHER,
P.A. 888 Seventh Ave.
New York, NY 10019 Tel: 646-837-7150
Fax: 212-989-9163
jmarchese@bursor.com
aobergfell@bursor.com

**ATTORNEYS FOR PLAINTIFF**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID HESS, on behalf of himself and all others similarly situated,** | ) ) ) |
| Plaintiff(s), | ) CIVIL ACTION ) CASE NO. 2:19-cv-02171 ) |
| v. | ) ) |
| **HILL'S PET NUTRITION, INC.,** | ) ) |
| Defendant(s). | ) |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Joseph I. Marchese

2. I practice under the following firm name or letterhead:

   Name: Bursor & Fisher, P.A

   Address: 888 Seventh Avenue, Floor 3, New York, NY 10106

   Telephone Number: (646) 837-7150

   Fax: (212) 989-9163

   Email address: jmarchese@bursor.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
| --- | --- | --- |
| New York | 9/22/2004 | 438317 |
| SDNY | 3/8/2005 | N/A |
| EDNY | 3/8/2005 | N/A |
| ED Michagan | 6/23/2016 | N/A |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Dated:  July 12, 2019

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Joseph I. Marchese*
      Joseph I. Marchese

Joseph I. Marchese
Andrew J. Obergfell
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 837-7150
Facsimile:  (212) 989-9163
Email: jmarchese@bursor.com
        aobergfell@bursor.com

**NEW YORK NOTARY ACKNOWLEDGMENT**

The State of New York
County of __New York__

The foregoing instrument was subscribed and sworn before me on this _12th_ day of _July_, 20_19_, by _Joseph I. Marchese_.

_____
Notary Public Signature

PHILIP LAWRENCE FRAIETTA
Notary Public, State of New York
No. 02FR6320870
Qualified in Westchester County
Commission Expires March 09, 2023